**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Woods, | Case No. 2:10-cv-00098-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Fair Collections & Outsourcing of New England, Inc., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement, with leave for Plaintiff to seek reinstatement within Ninety (90) days from the date of entry of this notice. Plaintiff seeks this leave so as to have ample time to conclude the settlement process. If this case has not been reinstated within Ninety (90) days from the date of entry of this notice, or a motion for reinstatement has not been filed by said date, then Plaintiff shall file a dismissal *with prejudice*.

Dated this 27th day of January, 2010.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 27th day of January, 2010, with:

2

3  United States District Court CM/ECF system

4  By: s/Tremain Davis
      Tremain Davis

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement